IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONES,

    Plaintiff,

  v.

PASTA PELICAN, INC.,

    Defendant.

No. C 05-04245 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

    According to Docket Entry 16, the parties have fully settled this action. This order requests that the parties submit a stipulated dismissal by no later than **JULY 24, 2006**, so that the Court may close the file.

**IT IS SO ORDERED.**

Dated: July 17, 2006

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE