PAUL L. REIN, Esq. (SBN 43053)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
GUY JONES

MARK G. INTRIERI, Esq. (SBN 116627)
DANIEL M. O'CONNELL, Esq. (SBN 197332)
J. SPENCER EDGETT, Esq. (SBN 219221)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 94501-1090
(510) 864-3600

Attorney for Defendants
PASTA PELICAN, INC., HADI NATOUF,
MARINER SQUARE AND ASSOCIATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, | CASE NO. C05-04245 WHA |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| PASTA PELICAN, INC.; HADI NATOUF; MARINER SQUARE AND ASSOCIATES; and DOES 1-25, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement has been memorialized in a separate Settlement Agreement and Order which was signed by the Court on

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for Dismissal:
Case No. C05-04245 WHA

1

h:\jm\cases\p\pasta pelican\pleadings\stip for dismissal.doc

07/21/2006 FRI 14:07 [TX/RX NO 6991] @003

July 21, 2006.

2. By the terms of the Settlement Agreement and Order, the Court has retained continuing jurisdiction to enforce the settlement terms.

The parties therefore agree that, subject to the court's continuing jurisdiction under the Settlement Agreement and Order, the action shall be dismissed with prejudice.

Dated: July 25, 2006

PAUL L. REIN
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

Attorneys for Plaintiff
GUY JONES

Dated: July 24, 2006

MARK G. INTRIERI
DANIEL M. O'CONNELL
J. SPENCER EDGETT
CHAPMAN & INTRIERI, L.L.P.

Attorneys for Defendants
PASTA PELICAN, INC., HADI NATOUF,
MARINER SQUARE AND ASSOCIATES

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the Settlement Agreement and Order, and the action is hereby dismissed.

Dated: July 28, 2006

IT IS SO ORDERED
Judge William Alsup

HON. WILLIAM H. ALSUP
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for Dismissal;
Case No. C05-04245 WHA

2

07/21/2006 FRI 14:07 [TX/RX NO 6991] ☒004