IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY JONES,

    Plaintiff,

v.

PASTA PELICAN, INC.; HADI NATOUF; MARINER SQUARE AND ASSOCIATES; and DOES 1–25, Inclusive,

    Defendants.

           No. C-05-04245 WHA

**ORDER FOLLOWING FEBRUARY 18 HEARING**

      On February 18, 2010, a hearing was held on plaintiff's motion for an order to hold defendants in contempt of court and award sanctions for defendants' alleged failure to comply with the terms of the 2006 settlement agreement in this action regarding access to the Pasta Pelican restaurant by persons who use wheelchairs. At the hearing, the parties are now in agreement that defendants are substantially in compliance with the requirements of the settlement. Defendants shall file a written status report on or before **MARCH 1, 2010**, regarding whether the platform lift to the second floor of the restaurant is operational and explaining the

reasons for any further delays if it is not. By **MARCH 4, 2010**, plaintiff's counsel may make a written motion for attorney's fees for his efforts to enforce compliance with the agreement.

**IT IS SO ORDERED.**

Dated: February 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2