1  Mark G. Intrieri (SBN 116627)
   Jessica A. Fakhimi (SBN 184115)
2  CHAPMAN & INTRIERI, L.L.P.
   2236 Mariner Square Drive
3  Third Floor, Suite 300
   Alameda, California 94501-1090
4  Telephone: (510) 864-3600
   Facsimile: (510) 864-3601
5
   Attorneys for Defendants
6  PASTA PELICAN, INC., HADI NATOUF and
   MARINER SQUARE AND ASSOCIATES
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, | Case No. C05-04245 WHA |
|  | <u>Civil Rights</u> |
| Plaintiff, |  |
|  | **STIPULATION AND ORDER** |
| vs. | **CONTINUING HEARING DATE ON** |
|  | **PLAINTIFF'S MOTION FOR AN AWARD** |
| PASTA PELICAN, INC.; HADI NATOUF; | **OF ATTORNEYS FEES, LITIGATION** |
| MARINER SQUARE AND ASSOCIATES; | **EXPENSES AND COSTS FROM APRIL 8,** |
| and DOES 1-25, inclusive, | **2010 TO APRIL 15, 2010** |
| Defendants. |  |

## I. <u>RECITALS</u>

1.  Plaintiff, GUY JONES, has a Motion for an Award of Attorneys Fees, Litigation Expenses and Costs scheduled on the Court's calendar for April 8, 2010 at 8:00 a.m.

2.  Defense counsel, Mark G. Intrieri and Jessica A. Fakhimi, are currently both in trial before the Hon. Curtis Karnow in Department 608 of the San Francisco Superior Court in the matter of *Dennis McDaniel, et. al. v. Telegraph Landing North Association*, Case no. CGG-08-476354. The trial commenced on March 29, 2010 and is expected to last through the week of April 5, 2010 and potentially into the beginning of the week of April 12, 2010. As such, defense

1

STIPULATION AND ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR AN
AWARD OF ATTORNEYS FEES, LITIGATION EXPENSES AND COSTS Case No. 3:05-cv-04245-WHA

1  counsel called Plaintiff's counsel on March 30, 2010 and requested a continuance of the April 8,
2  2010 hearing date. Plaintiff's counsel agreed to continue the hearing date to April 15, 2010 at
3  8:00 a.m.

## II. STIPULATION

Plaintiff GUY JONES and Defendants PASTA PELICAN, INC., HADI NATOUF and MARINER SQUARE AND ASSOCIATES do hereby stipulate and agree that Plaintiff's Motion for an Award of Attorneys Fees, Litigation Expenses and Costs currently set for hearing on April 8, 2010 at 8:00 a.m. before the Honorable William H. Alsup is continued to April 15, 2010.

**IT IS SO AGREED AND STIPULATED.**

DATED: March 31, 2010

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein
Attorney for Plaintiff
GUY JONES

DATED: March 31, 2010

CHAPMAN & INTRIERI, L.L.P.

By: _____
Mark G. Intrieri
Jessica A. Fakhimi
Attorneys for Defendants
PASTA PELICAN, INC., HADI NATOUF
and MARINER SQUARE AND
ASSOCIATES

## III. ORDER

IT IS HEREBY ORDERED THAT Plaintiff's Motion for an Award of Attorneys Fees, Litigation Expenses and Costs currently set for hearing on April 8, 2010 at 8:00 a.m. before the Honorable William H. Alsup is continued to April 15, 2010.

April 2, 2010.

_____
HON. WILLIAM H. ALSUP

*IT IS SO ORDERED /s/ William Alsup, Judge William Alsup*