IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY JONES,

    Plaintiff,

  v.

PASTA PELICAN, INC., HADI NATOUF, MARINER SQUARE AND ASSOCIATES, and DOES 1–25, Inclusive,

    Defendants.

No. C-05-04245 WHA

**ORDER VACATING HEARING**

The hearing scheduled for Thursday, April 15, is hereby **VACATED**. If counsel promptly informs the Court that a young attorney will be arguing the pending motion (refer to the undersigned's standing orders on this issue), a hearing will be re-noticed for April 29, 2010. Otherwise, the pending motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE